# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON
## DIVISION ONE

| | |
|---|---|
| UNION BANK, N.A., a national banking association, | No. 71168-7-I |
| Appellant, | |
| v. | |
| CHARLES M. DEYO and LAURIE L. DEYO, individually and the marital community thereof, | UNPUBLISHED OPINION |
| Respondents. | FILED: APR 1 3 2015 |

2015 APR 13 AM 9: 19
COURT OF APPEALS DIV I
STATE OF WASHINGTON
FILED

PER CURIAM — Following the Washington Supreme Court's decision in Washington Federal v. Harvey, ___ Wn.2d ___, 340 P.3d 846, 2015 WL 114165 (2015), the parties in this appeal filed a stipulated motion for reversal of the trial court's order dismissing this action under CR 12(b)(6). The parties also stipulate that the trial court on remand shall determine the amount of any award for attorney fees and costs incurred in the appellate proceedings.

We accept the parties' concession, reverse, and remand for further proceedings.

FOR THE COURT:

Becker, J.

Leach, J.